MARIE L. HARRISON, as Executrix of JARED F. HARRISON, Deceased, Respondent, *v.* HARTFORD LIFE INSURANCE COMPANY, Appellant.

*Harrison* v. *Hartford Life Ins. Co.*, 137 App. Div. 918, affirmed.
(Argued February 8, 1911; decided February 28, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 15, 1910, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to recover alleged overpayments made on a certificate of assessment insurance.

35

*John Vernou Bouvier, Jr., James C. Jones* and *Harry H. Bottome* for appellant.

*Evan Shelby* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ. Absent: HAIGHT, J.